IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICKEY PAUL FERRELL,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 08-0585-CG-M |
| **KENNY DAVIS, et al.,** | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 22nd day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE